[No. 22940-4-II.　Division Two.　June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGH LESLIE CHAMPION, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-1-00067-9, Kenneth D. Williams, J., entered February 3, 1998. *Affirmed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24714-3-II.　Division Two.　June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEROY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00814-2, H. John Hall, J., entered April 15, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24586-8-II.　Division Two.　June 9, 2000.]

BRUCE T. CLARK, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11713-1, Bryan Edward Chushcoff, J., entered March 13, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.